Opinion issued April 15, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00795-CR

———————————

Eric Victoriano Hernandez, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 262nd District Court 

Harris County, Texas



Trial Court Case No. 1125219

 



 

MEMORANDUM OPINION

          On
April 8, 2010, appellant Eric Victoriano Hernandez filed a motion to dismiss
his appeal.  The motion is signed by
appellant and his attorney and it was filed in duplicate.  No opinion has issued.  Accordingly, the motion is granted,
and the appeal is dismissed.  See
Tex. R. App. P. 42.2(a).  

          Any
other pending motions in this appeal are overruled as moot.  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Sharp, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).